AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICKY JEFF,

    Plaintiff,

v.

WARDEN COLEMAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 520-106

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 3, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's Complaint is dismissed in its entirety, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA G. WOOD, JUDGE
USDC, SOUTHERN DISTRICT OF GEORGIA

Date: May 3, 2021

John E. Triplett, Acting Clerk
Clerk

/s/ Jamie Aabalza
(By) Deputy Clerk

GAS Rev 10/2020